IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOHN TILLMAN,
#1420-13, and TODD HOLMES,
#22817-009                                                                                               PLAINTIFFS

v.                          No. 4:13-cv-340-DPM-BD

PULASKI COUNTY; DOC HALLADAY, DR.,
Pulaski County Detention Center; PULASKI COUNTY
SHERIFF DEPARTMENT; SARAH SPEARS,
Health Services Director, Pulaski County
Detention Center; CARL L. JOHNSON, Dr.,
Pulaski County Detention Center;
RANDY MORGAN, Chief,
Pulaski County Detention Center;
HEALTH SERVICES, Health Care Provider,
Pulaski County Detention Center                                          DEFENDANTS

ORDER

No one has objected to Magistrate Judge Beth Deere's Partial Recommended Disposition, № 10. After reviewing for clear errors of fact on the face of the record, FED. R. CIV. P. 72(b) (Advisory Committee notes to 1983 Addition), and for legal error, the Court adopts the proposal in full. Tillman's claims are dismissed without prejudice for failure to prosecute. Holmes's claims against Halladay, Morgan, and the Pulaski County Sheriff's Department are dismissed without prejudice.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

11 September 2013