IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TODD HOLMES                                                                                              PLAINTIFF

V.                              NO. 4:13CV00340-DPM-BD

PULASKI COUNTY, et al                                                                         DEFENDANTS

## ORDER

Todd Holmes, a pro se plaintiff, was granted leave to proceed *in forma pauperis* on June 25, 2013, to pursue his deliberate-indifference claims. Mr. Holmes is no longer incarcerated at the West Tennessee Detention Facility, as evidenced by mail returned to the Court as undeliverable. (#30, #31, #32, #34) Mr. Holmes has failed to inform the Court of his new address as required under the Court's local rules.

If Mr. Holmes wants to continue with this lawsuit, he must provide notice of his new address to the Court within fourteen (14) days of entry of this Order. If Mr. Holmes is no longer incarcerated, he must also submit an updated *in forma pauperis* application, which the Clerk is directed to attach to this Order. Failure to comply with this Order may result in dismissal of this action under Local Rule 5.5(c)(2).

IT IS SO ORDERED this 21st day of January, 2014.

_____
UNITED STATES MAGISTRATE JUDGE