IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TODD HOLMES,
Reg # 22817-009                                          PLAINTIFF

v.                      No. 4:13-cv-340-DPM-BD

PULASKI COUNTY; SARAH SPEARS,
Health Services Director, Pulaski County Detention
Center; and HEALTH SERVICES, Health Care
Provider, Pulaski County Detention Center          DEFENDANTS

### ORDER

Holmes's motion to dismiss his deliberate-indifference claims against Pulaski County, Spears, Johnson, and Health Services, № 44, granted in part and denied in part as moot. Johnson has already been dismissed. № 27. Holmes's deliberate-indifference claims are dismissed without prejudice. His negligence claims go forward. № 47.

In his amended complaint, Holmes states a negligence claim against former defendants Doc Halladay and Randy Morgan. *Ibid.* The Clerk of the Court is directed to re-instate them as defendants. The United States Marshal is directed to serve copies of the amended complaint, № 47, with any attachments and a summons for Halladay and Morgan without prepayment of fees and costs or security. Service for Halladay and Morgan should be

through the Pulaski County Sheriff's Department, 2900 South Woodrow Street, Little Rock, Arkansas 72204.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

20 June 2014