IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOHN TILLMAN　　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFFS
AND TODD HOLMES

V.　　　　　　　　CASE NO. 4:13CV00340-DPM-BD

PULASKI COUNTY, *et al.*　　　　　　　　　　　　　　　　　　　DEFENDANTS

## ORDER

Mr. Holmes, though his court-appointed counsel, has moved for a new scheduling order that extends current deadlines for conducting discovery and filing dispositive motions. (Docket entry #84) For good cause, the unopposed motion (#84) is GRANTED. A new scheduling order will be issued promptly.

IT IS SO ORDERED this 7th day of April, 2015.

_____
UNITED STATES MAGISTRATE JUDGE