IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TODD HOLMES                                                                    PLAINTIFF

v.                              No. 4:13-cv-340-DPM

PULASKI COUNTY; DOC HOLLADAY,
Pulaski County Detention Center; SARAH
SPEARS, Health Services Director, Pulaski
County Detention Center; CARL L. JOHNSON,
Dr., Pulaski County Detention Center; RANDY
MORGAN, Chief, Pulaski County Detention
Center; and HEALTH SERVICES, Health Care
Provider, Pulaski County Detention Center                          DEFENDANTS

ORDER

No one has sought relief after the settlement; and the time to do so has passed. № 113. Holmes's remaining claims will therefore be dismissed with prejudice pursuant to the parties' settlement. The Court thanks Mr. Crowder for his service by appointment in this case.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 April 2016