IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOHN TILLMAN, #1420-13, and
TODD HOLMES                                                              PLAINTIFFS

v.                          No. 4:13-cv-340-DPM

PULASKI COUNTY; DOC HOLLADAY,
Pulaski County Detention Center; PULASKI
COUNTY SHERIFF DEPARTMENT; SARAH
SPEARS, Health Services Director, Pulaski
County Detention Center; CARL L. JOHNSON,
Dr., Pulaski County Detention Center; RANDY
MORGAN, Chief, Pulaski County Detention
Center; and HEALTH SERVICES, Health Care
Provider, Pulaski County Detention Center                                DEFENDANTS

## JUDGMENT

1. Tillman's claims are dismissed without prejudice.

2. Holmes's deliberate-indifference claims and his claims against the Pulaski County Sheriff's Department are dismissed without prejudice.

3. Holmes's other claims are dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 April 2016